```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   WILFRED LUCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-312 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| WILFRED LUCE, | DATE: November 4, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, WILFRED LUCE, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 7, 2011, be continued to Friday, November 4, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 5, 2011  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
WILFRED LUCE

DATED: October 5, 2011  BENJAMIN B. WAGNER
United States Attorney

/s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant Wilfred Luce in a speedy trial.

|   |   |
|---|---|
| 1 | The Court orders that the time from the date of the parties |
| 2 | stipulation, October 5, 2011, up to and including November 4, 2011, |
| 3 | shall be excluded from computation of time within which the trial of |
| 4 | this case must be commenced under the Speedy Trial Act, pursuant to 18 |
| 5 | U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). |
| 6 | It is further ordered that the October 7, 2011, status conference shall |
| 7 | be continued until November 4, 2011, at 9:00 a.m. |

Dated: October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge