BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00312-GEB |
| Plaintiff, | |
| v. | ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |
| WILFRED FRANK LUCE, JR., | |
| Defendant. | |

The Preliminary Order of Forfeiture entered December 21, 2011, is hereby made final as to defendant Wilfred Frank Luce, Jr. and shall be incorporated into the Judgment in a Criminal Case filed July 25, 2012

SO ORDERED.

Dated: August 3, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1